UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   PAUL G. SEIF
         GEORGANNE M. SEIF                CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                        CASE NO: 4-16-00266-HWV
         Movant

# WITHDRAWAL OF Final Report

AND NOW, on June 24, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Final Report filed on or about June 23, 2021 be withdrawn. The Final Report was filed in error or was incorrect as filed.

                                Respectfully Submitted,


                                 s/ Jack N. Zaharopoulos
                                Jack N. Zaharopoulos, Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097

Dated: June 24, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL G. SEIF
GEORGANNE M. SEIF

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

PAUL G. SEIF
GEORGANNE M. SEIF

CHAPTER 13

CASE NO: 4-16-00266-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on June 24, 2021.

DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE, PA 18701-

Respectfully Submitted,

s/ Donna Schott
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 24, 2021