United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-00266-MJC |
| Paul G. Seif | Chapter 13 |
| Georganne M. Seif | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5410624 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2022 18:36:00 | LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing, |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF8 Master Participation Trust afogle@rascrane.com |
| Brian Thomas Langford | on behalf of Creditor LSF8 Master Participation Trust PitEcf@weltman.com PitEcf@weltman.com |
| David J. Harris | on behalf of Debtor 1 Paul G. Seif dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com |
| David J. Harris | on behalf of Debtor 2 Georganne M. Seif dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com |

| | |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor UMB BANK  National Association, not in its individual capacity, but solely as Legal Title Trustee of PRL Title Trust I bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor LSF8 Master Participation Trust bkgroup@kmllawgroup.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:16-bk-00266-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Paul G. Seif
121 Hartman Rd
Danville PA 17821-9338

Georganne M. Seif
121 Hartman Rd
Danville PA 17821-9338

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/16/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,

Name and Address of Transferee:

UMB BANK, National Association,
Legal Title Trustee of PRL Title Trust I
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
UMB BANK, National Association,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/19/22

Terrence S. Miller
**CLERK OF THE COURT**