# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Paul G. Seif
    Georganne M. Seif

                    Case No.: 4-16-00266MJC

                      Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Rushmore Loan Management Services, LLC |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 6662 |
| Property Address if applicable: | 121 Hartman Rd Danville |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $42,757.90 |
| b. | Prepetition arrearages paid by the trustee: | $42,757.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $42,757.90 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  December 19, 2022                           Respectfully submitted,

                                                   /s/ Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA  17036
                                                   Phone:  (717) 566-6097
                                                   Fax:  (717) 566-8313
                                                   email:  info@pamd13trustee.com

# Disbursements for Claim

**Case:** 16-00266    PAUL G. SEIF

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT 841

**Sequence:** 13
**Modify:**
**Filed Date:** 3/25/2016 12:00:00AM
**Hold Code:**

**Acct No:** 6662/PRE ARREARS/121 HAR

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $87,597.00 | Debt: $42,757.90 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $42,757.90 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/19/2022 | 2008997 | $40.04 | $0.00 | $40.04 | 01/26/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/15/2021 | 2007973 | $478.54 | $0.00 | $478.54 | 12/29/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/16/2021 | 2006959 | $478.55 | $0.00 | $478.55 | 11/30/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/14/2021 | 2005929 | $839.85 | $0.00 | $839.85 | 10/28/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/14/2021 | 2004870 | $1,679.98 | $0.00 | $1,679.98 | 09/22/2021 |
| 520-0 | CALIBER HOME LOANS, INC | | 05/18/2021 | 2000183 | $813.05 | $0.00 | $813.05 | 05/27/2021 |
| 520-0 | CALIBER HOME LOANS, INC | | 04/15/2021 | 1228821 | $813.05 | $0.00 | $813.05 | 04/21/2021 |
| 520-0 | CALIBER HOME LOANS, INC | | 03/17/2021 | 1227792 | $813.05 | $0.00 | $813.05 | 03/23/2021 |
| 520-0 | CALIBER HOME LOANS, INC | | 02/17/2021 | 1226778 | $813.04 | $0.00 | $813.04 | 02/25/2021 |
| 520-0 | CALIBER HOME LOANS, INC | | 01/19/2021 | 1225771 | $813.05 | $0.00 | $813.05 | 01/26/2021 |
| 520-0 | CALIBER HOME LOANS, INC | | 12/10/2020 | 1223967 | $813.05 | $0.00 | $813.05 | 12/17/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 11/03/2020 | 1223128 | $813.05 | $0.00 | $813.05 | 11/16/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 10/15/2020 | 1222234 | $804.11 | $0.00 | $804.11 | 10/22/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 09/17/2020 | 1221183 | $804.11 | $0.00 | $804.11 | 09/23/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CALIBER HOME LOANS, INC | | 08/12/2020 | 1220145 | $804.12 | $0.00 | $804.12 | 08/19/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 07/07/2020 | 1219071 | $804.11 | $0.00 | $804.11 | 07/15/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 06/02/2020 | 1218079 | $804.11 | $0.00 | $804.11 | 06/10/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 05/06/2020 | 1217142 | $804.11 | $0.00 | $804.11 | 05/19/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 04/14/2020 | 1215951 | $564.26 | $0.00 | $564.26 | 04/22/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 03/12/2020 | 1214640 | $3,649.50 | $0.00 | $3,649.50 | 03/20/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 02/13/2020 | 1213325 | $564.25 | $0.00 | $564.25 | 02/20/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 01/16/2020 | 1211968 | $564.26 | $0.00 | $564.26 | 01/23/2020 |
| 520-0 | CALIBER HOME LOANS, INC | | 12/12/2019 | 1210568 | $564.26 | $0.00 | $564.26 | 12/27/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 11/07/2019 | 1209283 | $564.26 | $0.00 | $564.26 | 12/03/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 10/10/2019 | 1208307 | $564.26 | $0.00 | $564.26 | 10/25/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 09/26/2019 | 1206871 | $563.05 | $0.00 | $563.05 | 10/01/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 08/07/2019 | 1205497 | $563.04 | $0.00 | $563.04 | 09/03/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 07/11/2019 | 1204087 | $563.05 | $0.00 | $563.05 | 07/29/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 06/06/2019 | 1202739 | $563.05 | $0.00 | $563.05 | 06/21/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 05/09/2019 | 1201427 | $563.05 | $0.00 | $563.05 | 05/22/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 04/11/2019 | 1200065 | $723.23 | $0.00 | $723.23 | 04/22/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 03/12/2019 | 1198721 | $402.87 | $0.00 | $402.87 | 03/22/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 02/07/2019 | 1197625 | $563.04 | $0.00 | $563.04 | 02/19/2019 |
| 520-0 | CALIBER HOME LOANS, INC | | 01/10/2019 | 1196368 | $563.05 | $0.00 | $563.05 | 01/18/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CALIBER HOME LOANS, INC | | 12/13/2018 | 1194917 | $563.05 | $0.00 | $563.05 | 12/21/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 11/08/2018 | 1193561 | $563.05 | $0.00 | $563.05 | 11/26/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 10/10/2018 | 1192180 | $563.05 | $0.00 | $563.05 | 10/23/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 09/06/2018 | 1190880 | $565.47 | $0.00 | $565.47 | 09/20/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 08/09/2018 | 1189558 | $565.46 | $0.00 | $565.46 | 08/20/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 07/12/2018 | 1188120 | $565.47 | $0.00 | $565.47 | 07/26/2018 |
| | | | | | | Payment for 7/2018 | | |
| 520-0 | CALIBER HOME LOANS, INC | | 06/07/2018 | 1186859 | $565.47 | $0.00 | $565.47 | 06/14/2018 |
| | | | | | | Payment for 6/2018 | | |
| 520-0 | CALIBER HOME LOANS, INC | | 05/15/2018 | 1185393 | $565.47 | $0.00 | $565.47 | 05/21/2018 |
| | | | | | | Payment for 5/2018 | | |
| 520-0 | CALIBER HOME LOANS, INC | | 04/03/2018 | 1182353 | $565.46 | $0.00 | $565.46 | 04/11/2018 |
| | | | | | | Payment for 4/2018 | | |
| 520-0 | CALIBER HOME LOANS, INC | | 03/08/2018 | 1180999 | $565.47 | $0.00 | $565.47 | 03/15/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 02/08/2018 | 1179644 | $565.47 | $0.00 | $565.47 | 02/15/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 01/11/2018 | 1178217 | $565.47 | $0.00 | $565.47 | 01/19/2018 |
| 520-0 | CALIBER HOME LOANS, INC | | 12/05/2017 | 1176831 | $565.46 | $0.00 | $565.46 | 12/18/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 11/08/2017 | 1175441 | $565.47 | $0.00 | $565.47 | 11/15/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 10/11/2017 | 1174193 | $565.47 | $0.00 | $565.47 | 10/18/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 09/19/2017 | 1172747 | $567.88 | $0.00 | $567.88 | 09/25/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 08/10/2017 | 1171203 | $567.89 | $0.00 | $567.89 | 08/18/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 07/06/2017 | 1169828 | $567.89 | $0.00 | $567.89 | 07/19/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 06/13/2017 | 1168280 | $1,135.77 | $0.00 | $1,135.77 | 06/22/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 05/11/2017 | 1166762 | $567.89 | $0.00 | $567.89 | 05/18/2017 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CALIBER HOME LOANS, INC | | 04/12/2017 | 1165136 | $567.88 | $0.00 | $567.88 | 04/21/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 03/09/2017 | 1163569 | $567.89 | $0.00 | $567.89 | 04/03/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 02/08/2017 | 1162063 | $567.89 | $0.00 | $567.89 | 03/09/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 01/12/2017 | 1160499 | $567.88 | $0.00 | $567.88 | 02/01/2017 |
| 520-0 | CALIBER HOME LOANS, INC | | 12/06/2016 | 1158911 | $2,468.83 | $0.00 | $2,468.83 | 12/16/2016 |

Sub-totals: $42,757.90   $0.00   $42,757.90

Grand Total: $42,757.90   $0.00

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Paul G. Seif
Georganne M. Seif
        Debtor(s)

CHAPTER 13

CASE NO: 4-16-00266MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2022, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
David J. Harris, Esq
69 Public Sq
Suite 700
Wilkes Barre PA 18701

**Served by First Class Mail**
Rushmore Loan Management Services, LLC
PO Box 55004
Irvine CA 92619-2708

Paul G. Seif
Georganne M. Seif
121 Hartman Rd
Danville PA 17821-9388

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2022

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com