United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Paul G. Seif  
Georganne M. Seif  
    Debtors

Case No. 16-00266-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 4  
Date Rcvd: Dec 29, 2022      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Paul G. Seif, Georganne M. Seif, 121 Hartman Rd, Danville, PA 17821-9338 |
| 4744333 | | Allied Interstate, LLC, 300 Corporate Exchange Dr Fl 5, Columbus, OH 43231-1474 |
| 4744337 | | Barry Disposal, 230 Kashner Dr, Danville, PA 17821-9314 |
| 4744340 | | Caliber Home Loans, Inc., PO Box 650856, Dallas, TX 75265-0856 |
| 4744346 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, Suite 150 1130 North Chase Parkway, Marietta, GA 30067-0000 |
| 4744347 | | Geisinger Health System, 100 North Academy Avenue, Danville, PA 17822-4938 |
| 4744348 | | Georganne Seif, 121 Hartman Rd, Danville, PA 17821-9338 |
| 4744352 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Assoc., Inc., PO Box 519, Sauk Rapids, MN 56379-0519 |
| 4766653 | #+ | LSF8 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 4744332 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 4744354 | | Montour County Per Capita Tax, Tammy L. Seybert, 730 Columbia Hill Rd, Danville, PA 17821-9334 |
| 4744360 | | Remit Corporations, PO Box 7, Bloomsburg, PA 17815-0007 |
| 4744331 | | Seif Georganne M, 121 Hartman Rd, Danville, PA 17821-9338 |
| 4744330 | | Seif Paul G, 121 Hartman Rd, Danville, PA 17821-9338 |
| 4744361 | | Solomon & Solomon, P.C., 5 Columbia Cir, Albany, NY 12203-5180 |
| 4744362 | | Springleaf Financial Services, PO Box 64, Evansville, IL 62242-0064 |
| 4744365 | | Verizon, PO Box 1259, Oaks, PA 19456-1259 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2022 18:38:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4744335 | | Email/Text: legal@arsnational.com | Dec 29 2022 18:38:00 | ARS National Services, Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 4744338 | | Email/Text: bankruptcynotices@bermanrabin.com | Dec 29 2022 18:38:00 | Berman & Rabin, P.A., 15280 Metcalf Ave, Overland Park, KS 66223-2811 |
| 4744336 | | EDI: BANKAMER2.COM | Dec 29 2022 23:44:00 | Bank Of America, PO Box 15288, Wilmington, DE 19850-5288 |
| 4744339 | | EDI: HFC.COM | Dec 29 2022 23:44:00 | Boscov's, PO Box 17642, Baltimore, MD 21297-1642 |
| 4744343 | | Email/Text: bankruptcynotices@cbecompanies.com | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 29 2022 18:38:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 4744341 | | Email/Text: cms-bk@cms-collect.com | Dec 29 2022 18:38:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 4744342 | | Email/Text: bankruptcy@cavps.com | Dec 29 2022 18:38:00 | Cavalry Portfolio Services, PO Box 520, Valhalla, NY 10595-0520 |
| 4745155 | + | Email/Text: bankruptcy@cavps.com | Dec 29 2022 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4744344 | | Email/Text: jessicaoehrlein@cpcrecovery.com | Dec 29 2022 18:38:00 | Central Portfolio Control, 6640 Shady Oak Rd # 300, Eden Prairie, MN 55344-7710 |
| 4744345 | + | Email/Text: crdept@na.firstsource.com | Dec 29 2022 18:38:00 | First Source Advantage, LLC, 205 Bryant Woods South, Amherst, NJ 14228-3609 |
| 4744349 | | EDI: HFC.COM | Dec 29 2022 23:44:00 | HSBC Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 4744350 | | EDI: LCIICSYSTEM | Dec 29 2022 23:44:00 | I.C. Systems, Inc., 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 4744351 | | EDI: IRS.COM | Dec 29 2022 23:44:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5410624 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2022 18:38:00 | LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing, |
| 5410623 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2022 18:38:00 | LSF8 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4744355 | ^ | MEBN | Dec 29 2022 18:35:22 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4744353 | + | Email/Text: mmrgbk@miramedrg.com | Dec 29 2022 18:38:00 | MiraMed Revenue Group, 991 Oak Creek Drive, Lombard, IL 60148-6408 |
| 4744356 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Dec 29 2022 18:38:00 | National Enterprise System, 29125 Solon Road, Solon, OH 44139-3442 |
| 4744357 | + | Email/Text: ngisupport@radiusgs.com | Dec 29 2022 18:38:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 4744358 | ^ | MEBN | Dec 29 2022 18:35:23 | Northstar Location Services, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 4775119 | | EDI: RECOVERYCORP.COM | Dec 29 2022 23:44:00 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 5063805 | + | EDI: RECOVERYCORP.COM | Dec 29 2022 23:44:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4744359 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 29 2022 18:38:00 | Receivables Performance Management, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 4748807 | | EDI: RECOVERYCORP.COM | Dec 29 2022 23:44:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4744363 | | Email/Text: nailda@centralcreditaudit.com | Dec 29 2022 18:38:00 | Statewide Tax Recovery, Inc., PO Box 752, Sunbury, PA 17801-0752 |
| 5475386 | + | Email/Text: flyersprod.inbound@axisai.com | Dec 29 2022 18:38:00 | UMB BANK, National Association,, Legal Title Trustee of PRL Title Trust I, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, UMB BANK, National Association, 92619-2708 |
| 5475385 | | Email/Text: flyersprod.inbound@axisai.com | | |

| | | | |
|---|---|---|---|
| | | Dec 29 2022 18:38:00 | UMB BANK, National Association,, Legal Title Trustee of PRL Title Trust I, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 4744366 | Email/Text: bankruptcyreports@wakeassoc.com | Dec 29 2022 18:38:00 | Wakefield & Assoc., Inc., PO Box 58, Fort Morgan, CO 80701-0058 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4744334 | ## | American Home Patient, PO Box 827161, Philadelphia, PA 19182-7161 |
| 4744364 | ## | The Visual Difference, 273 E 7th St, Bloomsburg, PA 17815-2853 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF8 Master Participation Trust afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor LSF8 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian Thomas Langford | on behalf of Creditor LSF8 Master Participation Trust PitEcf@weltman.com  PitEcf@weltman.com |
| David J. Harris | on behalf of Debtor 1 Paul G. Seif dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Debtor 2 Georganne M. Seif dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Emmanuel Joseph Argentieri | on behalf of Creditor UMB BANK  National Association, not in its individual capacity, but solely as Legal Title Trustee of PRL Title Trust I bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@raslg.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Paul G. Seif<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3214<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Georganne M. Seif<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–1656<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:16–bk–00266–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul G. Seif                Georganne M. Seif

**By the court:**

12/29/22

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**