United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-00266-MJC |
| Paul G. Seif | Chapter 13 |
| Georganne M. Seif | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Paul G. Seif, Georganne M. Seif, 121 Hartman Rd, Danville, PA 17821-9338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF8 Master Participation Trust afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor LSF8 Master Participation Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian Thomas Langford | on behalf of Creditor LSF8 Master Participation Trust PitEcf@weltman.com PitEcf@weltman.com |
| David J. Harris | on behalf of Debtor 1 Paul G. Seif dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Debtor 2 Georganne M. Seif dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Emmanuel Joseph Argentieri | on behalf of Creditor UMB BANK National Association, not in its individual capacity, but solely as Legal Title Trustee of PRL Title Trust I bk@rgalegal.com |

Jack N Zaharopoulos     TWecf@pamd13trustee.com

Recovery Management Systems Corporation     claims@recoverycorp.com

Sindi Mncina     on behalf of Creditor LSF8 Master Participation Trust smncina@raslg.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul G. Seif, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 4:16−bk−00266−MJC |
| Georganne M. Seif, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−3214    xxx−xx−1656

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 25, 2023

**fnldec** (01/22)